| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUDGE YORK, et al.<br><br>　　　　Defendants. | 1:19-cv-01291-DAD-BAM<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff Christian David Ento, a Sacramento County jail inmate proceeding *pro se*, has filed a civil action asserting that the institution/city where the violation allegedly occurred was the "South Rocklin Main County Jail." (Doc. No. 1.) Rocklin (and the South Placer County Jail) is in Placer County, California. Therefore, the complaint in this action should have been filed in the Sacramento Division of the Eastern District of California. 28 U.S.C. § 1391(b)(2).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

///

1

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

3. This Court has not issued any new case documents or summonses in connection with the action.

IT IS SO ORDERED.

Dated: **September 20, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE